JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 490 -- IN RE TEXACO CREDIT CARD PROCESSING CHARGE LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/11/17 | 1 | MOTION, BRIEF, CERT. OF SVC., SCHEDULE OF CASES, EXHIBITS -- Texaco Inc. SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 81/11/30 | 2 | RESPONSE, CERT.OF SVC. -- Melso and Musser. (eaf) |
| 81/11/30 | | APPEARANCES -- Randall B. Robinson, Esq. for Texaco, Inc.; Gregg R. Potvin, Esq. for Bird Oil Co., Inc., et al.; James L. Bonner, Esq. for Thomas H. Cain, d/b/a Cain's Texaco; Theodore Lockyear, Esq. for Darryl L. Glaser, d/b/a Glaser's Texaco, etc.; Roger A. Wirth, Esq. for Jay S. Kennedy, etc.; Jerry S. Cohen, Esq. for William Melso, et al.; Herbert T. Schwartz, Esq. for Smitty's Enterprises, Inc., etc., et al. (eaf) |
| 81/12/02 | | APPEARANCE -- Henry J. Noyes, Esq. for Greater Washington/Maryland Service Station Asso., Inc., et al. (eaf) |
| 81/12/03 | 3 | RESPONSE -- Greater Washington/Maryland Service Station Association, Inc., et al. -- w/cert. of serv. (cds) |
| 81/12/04 | 4 | RESPONSE -- Darryl L. Glaser -- w/cert. of service and Exhibit A (cds) |
| 81/12/07 | 5 | RESPONSE -- Pltf. Thomas H. Cain, d/b/a Cain's Texaco -- w/cert. of svc. (emh) |
| 81/12/07 | 6 | RESPONSE -- Plaintiff Jay S. Kennedy -- w/Affidavit and cert. of service (cds) |
| 81/12/07 | 7 | REPLY BRIEF -- Texaco Inc. -- w/cert. of service (cds) |
| 81/12/09 | | APPEARANCE -- pltf. Greater Washington/Maryland Service Station Assoc., Inc., et al., HENRY J. NOYES, ESQ. (ds) |
| 82/01/22 | | HEARING ORDER: SettingMotion of Texaco Inc. for transfer to a single district for Panel Hearing on February 25, 1982 in Washington, D.C. (emh) |
| 82/02/23 | | HEARING APPEARANCES -- RANDALL B. ROBINSON, ESQ. FOR Texaco, Inc.; JERRY S. COHEN, ESQ. for Melso and Musser; JAMES L. BONNER, ESQ. for Thomas H. Cain, d/b/a Crain's Texaco; ~~THEODORE LOCKYEAR, ESQ. for Darryl Glaser d/b/a/ Glaser's~~ Texaco; HERBERT T. SCHWARTZ, ESQ. for Smitty's Enterprises, Inc., d/b/a Smitty's Texaco ~~Service, et al.~~ (ds) |
| 82/02/23 | | Waivers -- ROGER A. WIRTH, ESQ. for Jay S. Kennedy; HENRY J. NOYES, ESQ. for Greater Washington/Maryland Service Station Ass., Inc., et al., THEODORE LOCKYEAR, ESQ. for (ds) Darryl L. Glaser (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p.2

DOCKET NO. 490 -- **In re Texaco Credit Card Processing Charge Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/03/03 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges and recipients. (eaf) |

JPML FORM 1A

JPML Form 1

Revised: 8/78

DOCKET NO. 490 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TEXACO CREDIT CARD PROCESSING CHARGE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/3/82 | MO denied | | | | |

Special Transferee Information

DATE CLOSED: 3/3/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 490 -- IN RE TEXACO CREDIT CARD PROCESSING CHARGE LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bird Oil Co., Inc., et al. v. Texaco Inc. | D.D.C. Gasch | 81-2519 | | | | MAR 3 1982 |
| A-2 | Thomas H. Cain, d/b/a Cain's Texaco v. Texaco Inc. | W.D.TN McRae | 81-2852-M | | | | MAR 3 1982 |
| A-3 | Darryl L. Glaser, d/b/a Glaser's Texaco, etc. v. Texaco Inc. | S.D.Ind. Brooks | EV-81-220-C | | | | MAR 3 1982 |
| A-4 | Greater Washington/Maryland Service Station Association, Inc., et al. v. Texaco Inc. | D.Md. Ramsey | R-81-2590 | | | | MAR 3 1982 |
| A-5 | Jay S. Kennedy, etc. v. Texaco Inc. | D.Nev. Foley | LV-81-701RDF | | | | MAR 3 1982 |
| A-6 | William Melso, et al. v. Texaco Inc. | E.D.Pa. Broderick | 81-4209 | | | | MAR 3 1982 |
| A-7 | Smitty's Enterprises, Inc. d/b/a Smitty's Texaco Service, et al. v. Texaco Inc. | S.D.Fla. Roettger | 81-8389-CIV -NCR | | | | MAR 3 1982 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 490 -- IN RE TEXACO CREDIT CARD PROCESSING CHARGE LITIGATION

| | |
|---|---|
| TEXACO INC. <br> Randall B. Robinson, Esq. <br> Texaco Inc. <br> 2000 Westchester Avenue <br> White Plains, New York  10650 | WILLIAM MELSO, ET AL. (A-6) <br> Jerry S. Cohen, Esq. <br> Kohn, Milstein & Cohen <br> 1776 K Street, N.W. #708 <br> Washington, D.C.  20006 |
| BIRD OIL CO., INC., ET AL. (A-1) <br> Gregg R. Potvin, Esq. <br> 915 Constitution Ave., N. W. <br> Washington, D.C.  20002 | SMITTY'S ENTERPRISES, INC. <br>   ETC., ET AL. (A-7) <br> Herbert T. Schwartz, Esq. <br> 711 N.W. 23 Avenue, Suite 4 <br> Post Office Box 1292 <br> Gainesville, Florida  32602 |
| THOMAS H. CAIN, d/b/a CAIN's TEXACO (A2) <br> James L. Bonner, Esq. <br> Bonner & Birmingham <br> 9369 Goodman Road <br> Olive Branch, MS  38654 | |
| DARRYL L. GLASER, d/b/a GLASER's <br>   TEXACO, ETC. (A-3) <br> Theodore Lockyear, Esq. <br> Lockyear, Barber & Kornblum <br> 555 Sycamore Street <br> Evansville, Tennessee  47708 | |
| GREATER WASHINGTON/MARYLAND SERVICE <br>   STATION ASSOCIATION, INC., ETAL. (A-4) <br> Henry J. Noyes, Esq. <br> 230 North Washington Street <br> Post Office Box 1705 <br> Rockville, Maryland  20850 | |
| JAY S. KENNEDY, ETC. (A-5) <br> Roger A. Wirth, Esq. <br> Jolley, Urga & Wirth <br> 302 East Carson, Suite 514 <br> Las Vegas, Nevada  89101 | |