JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -3 1982

PATRICIA D. HO...
CLERK OF THE PANEL

3/3/82

DOCKET NO. 490

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TEXACO CREDIT CARD PROCESSING CHARGE LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Texaco Inc. (Texaco), defendant in the seven actions listed on the attached Schedule A, to centralize those actions in a single district for coordinated or consolidated pretrial proceedings.

On the basis of the record before us, we find that Section 1407 transfer at the present time would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that, in the Pennsylvania action, judgment for defendant Texaco has been entered after trial on the merits.

Our decision is made without prejudice to the right of any party to move for transfer under Section 1407 at a later date if it believes future circumstances so require.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Charles R. Weiner
Acting Chairman

---

\* Judges Andrew A. Caffrey and Fred Daugherty recused themselves and took no part in the decision of this matter. Judges Roy W. Harper and Sam C. Pointer, Jr. were unable to attend the hearing in this matter but have, with the consent of all parties, participated in this decision.

Schedule A

MDL-490 -- In re Texaco Credit Card Processing Charge Litigation

    District of the District of Columbia
Bird Oil Co., Inc., et al. v. Texaco Inc.,
  C.A. No. 81-2519
    Western District of Tennessee
Thomas H. Cain, d/b/a Cain's Texaco v. Texaco Inc.,
  C.A. No. 81-2852-M
    Southern District of Indiana
Darryl L. Glaser, d/b/a Glaser's Texaco, etc. v. Texaco Inc., C.A. No. EV-81-220-C
    District of Maryland
Greater Washington/Maryland Service Station Association, Inc., et al. v. Texaco Inc., C.A. No. R-81-2590
    District of Nevada
Jay S. Kennedy, etc. v. Texaco Inc.,
  C.A. No. LV-81-701-RDF
    Eastern District of Pennsylvania
William Melso, et al v. Texaco Inc.,
  C.A. No. 81-4209
    Southern District of Florida
Smitty's Enterprises, Inc. d/b/a Smitty's Texaco Service, et al. v. Texaco, Inc., C.A. No. 81-8389-Civ-NCR